No. 85–1061. OWENS, SUPERINTENDENT, INDIANA STATE REFORMATORY *v.* RINER. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.